The County of Cook, Plaintiff-Appellee, *v.* Lloyd A. Fry Roofing Company, Defendant-Appellant.

(No. 57393;

First District (3rd Division)—July 5, 1973.

*Rehearing denied August 10, 1973.*

Opinion by Mr. JUSTICE McGLOON.

Burton Y. Weitzenfeld, Arthur L. Klein, and Paul L. Leeds, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Vincent Bentivenga, Louis R. Hegeman, and Donald P. Smith, Assistant State's Attorneys, of counsel,) for appellee.